UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO:  8:04-cr-321-T-30EAJ

CHARLES DANIEL MAYE
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Vacate Judgment of Conviction (Dkt. #220) and the Government's response (Dkt. #222) filed in opposition thereto.  Upon review and consideration, the Court determines this Motion should be denied.  28 U.S.C. § 2255(h); Fed. R. Crim. P. 34(a)(2).  It is therefore

ORDERED AND ADJUDGED that Defendant's Motion to Vacate Judgment of Conviction (Dkt. #220) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on February 17, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2004\04-cr-321.mot vacate 220.wpd*