UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 8:04-cr-00321-T-30MAP

CHARLES DANIEL MAYE
a/k/a/ "C.D. Maye"

    Defendant.
_____/

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Walter E. Furr, III.

                                        Respectfully submitted,

                                        W. STEPHEN MULDROW
                                        Acting United States Attorney

                          BY:    */s/ Jeffrey S. Downing*
                                        JEFFREY S. DOWING
                                        Assistant United States Attorney
                                        USAO No. 010
                                        400 North Tampa Street, Suite 3200
                                        Tampa, Florida 33602
                                        Telephone:    813-274-6000
                                        Facsimile:    813-274-6198
                                        E-Mail:   jeff.downing@usdoj.gov